AO 91 (Rev. 08/09)  Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

11 MAY 10 PM 5:22

CLERK-LAS CRUCES

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Richard Thyberg | ) | Case No. 11-1245 MJ |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 09, 2011___ in the county of ___Dona Ana___ in the _____ District of ___New Mexico___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751(a) | (a) Whoever escapes or attempts to escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, or magistrate judge or from the custody of an officer or employee of the United States pursuant to lawful arrest, shall, if the custody or confinement is by virtue of an arrest on a charge of felony, or conviction of any offense. |

This criminal complaint is based on these facts:

On August 08, 2009 Defendant was sentenced to 37 months imprisonment in the custody of the Bureau of Prisons and 3 years of Supervised Release upon release. On March 18, 2011 Defendant was moved to Dismas Charities, a halfway house under contract with the Bureau of Prisons. On May 09, 2011 at approximately 8:30 p.m. Defendant walked away from Dismas Charities in Las Cruces, NM without permission and wherabouts are currently unknown.

☐ Continued on the attached sheet.

_____
Complainant's signature

STEVEN ARCHULETA    DEPUTY US MARSHAL
Printed name and title

Sworn to before me and signed in my presence.

Date: __May 10, 2011__

City and state: __Las Cruces, New Mexico__

_____
Judge's signature

LOURDES A. MARTINEZ
U.S. MAGISTRATE JUDGE
Printed name and title

**Criminal Complaint - Continued**

# STATE AND DISTRICT OF NEW MEXICO

United States of America
VS
Richard Thyberg

Continuation of statement of facts: The Defendant was considered to be in Federal Custody when he left the halfway house, and he knew he did not have permission to leave Federal Custody.

_____
Signature of Judicial Officer

_____
Signature of Complainant